Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.  Attach additional pages if necessary.*

11th Circuit Docket Number: 23-11662

| | |
|---|---|
| Caption:<br><br>Affordable Aerial Photography, Inc.<br><br>v.<br><br>Trends Realty USA Corp et al. | District and Division: Southern District of Florida, Fort Pierce Division<br>Name of Judge: Aileen Cannon<br>Nature of Suit: Copyright<br>Date Complaint Filed: August 2, 2021<br>District Court Docket Number: 21-cv-81331<br>Date Notice of Appeal Filed: May 16, 2023<br>☐ Cross Appeal   ☐ Class Action<br>Has this matter previously been before this court?<br>☐ Yes  ☑ No<br>If Yes, provide<br>(a)  Caption: _____<br>(b)  Citation: _____<br>(c)  Docket Number: _____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Griffin C. Klema<br>Klema Law, PL | PO Box 172381<br>Tampa, FL 33672 | 202-713-5292<br>Griffin@KlemaLaw.com |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Daniel DeSouza | 3111 N University Dr Ste 301<br>Coral Springs, FL 33065 | 954-603-1340<br>ddesouza@desouzalaw.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☑ Other  attorney fees entitlement | Amount Sought by Plaintiff:<br>$_____<br>Amount Sought by Defendant:<br>$_____<br>Awarded:<br>$_____<br>to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary    ☐ Granted<br>☐ Permanent      ☐ Denied |

Page 2                                                                                      11th Circuit Docket Number: 23-11662

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☑ Yes  ☐ No
    What is the issue you claim is one of First Impression? Rule 41(a)(2) judgment of dismissal and enforceability of a Rule 68 offer of judgment

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes  ☐ No

    If Yes, provide
    (a) Case Name/Statute  Rule 68, Rule 54, and 17 U.S.C. §§ 505 and 1203(b)
    (b) Citation _____
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal? ☐ Yes  ☑ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☑ Yes  ☐ No

    If Yes, provide
    (a) Case Name  Affordable Aerial Photography, Inc. v. Property Matters USA, LLC
    (b) Citation _____
    (c) Docket Number if unreported  23-12563
    (d) Court or Agency  Eleventh Circuit Court of Appeals

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?  ☐ Yes  ☑ No
    (b) Among circuits?  ☐ Yes  ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    1. Where a plaintiff obtains a dismissal order that grants it the full relief sought in a Rule 41(a)(2) motion—which a defendant opposes and is therefore an appealable order—does that order and/or the subsequent final order constitute a "judgment" that the offeree "obtained" for the purpose of Rule 68(d)?

    2. Whether the trial court abused its discretion in denying defendants' post-judgment motion for entitlement to attorney's fees under 17 U.S.C. §§ 505, 1203(b), and Rule 68, because it concluded the plaintiff's Rule 41(a)(2) motion resolved those issues before the defendants' motion was ever filed?

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS _____ DAY OF _____, 2023_____.

Griffin C. Klema
_____                    _____
                NAME OF COUNSEL (Print)                                              SIGNATURE OF COUNSEL