# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 06, 2023

Griffin C. Klema
Klema Law, PL
PO BOX 172381
TAMPA, FL 33672

Appeal Number:  23-11662-F
Case Style:  Affordable Aerial Photography, Inc. v. Trends Realty USA Corp, et al
District Court Docket No:  9:21-cv-81331-AMC

The following action has been taken in the referenced case:

Appellants' motion to file a corrected reply brief is GRANTED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system,
unless exempted for good cause. Although not required, non-incarcerated pro se parties are
permitted to use the ECF system by registering for an account at www.pacer.gov. Information
and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:   404-335-6100        Attorney Admissions:           404-335-6122
Case Administration:   404-335-6135        Capital Cases:                 404-335-6200
CM/ECF Help Desk:     404-335-6125        Cases Set for Oral Argument:  404-335-6141

MOT-2 Notice of Court Action