23-11662 -F



James D'Loughy
Advisorlaw PLLC
2925 PGA BLVD STE 204
PALM BEACH GARDENS, FL 33410

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 06, 2023

Griffin C. Klema
Klema Law, PL
PO BOX 172381
TAMPA, FL 33672

Appeal Number: 23-11662-F
Case Style: Affordable Aerial Photography, Inc. v. Trends Realty USA Corp, et al
District Court Docket No: 9:21-cv-81331-AMC

The following action has been taken in the referenced case:

Appellants' motion to file a corrected reply brief is GRANTED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information: 404-335-6100       Attorney Admissions:          404-335-6122
Case Administration: 404-335-6135       Capital Cases:                404-335-6200
CM/ECF Help Desk:    404-335-6125       Cases Set for Oral Argument:  404-335-6141

MOT-2 Notice of Court Action

UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT
OFFICE OF THE CLERK
56 FORSYTH STREET, N.W.
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

ATLANTA METRO 301
7 NOV 2023 PM 11

CLEARED SECURITY

NOV 13 2023

U.S. MARSHALS SERVICE
Atlanta, GA

US POSTAGE IMI PITNEY BOWES
ZIP 30303 $ 000.63
02 4W
0000368939 NOV 07 2023

300 NFE 1    A2ZI0011/10/23
FORWARD TIME EXP    RTN TO SEND
: ADVISORLAW PLLC JAMES D LOUGHY
3910 RCA BLVD STE 1015
PALM BCH GDNS FL 33410-4284

RETURN TO SENDER