# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11662

_____

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

                                   Plaintiff-Counter Defendant-Appellee,

*versus*

TRENDS REALTY USA CORP,
JOHN ABDELSAYED,

                                   Defendants-Counter Claimants-Appellants,

CORNELIUS MCGINNIS, et al.,

                                   ThirdParty Defendants-Counter Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida

ISSUED AS MANDATE 5/16/2024

D.C. Docket No. 9:21-cv-81331-AMC

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 28, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE 5/16/2024