# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

July 25, 2024

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

> Re: John Abdelsayed, et al.
> v. Affordable Aerial Photography, Inc.
> Application No. 24A91
> (Your No. 23-11662)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Thomas, who on July 25, 2024, extended the time to and including September 5, 2024.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

NOTIFICATION LIST

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Mr. Griffin Clayton Klema
Klema Law, PL
PO Box 172381
Tampa, FL 33672

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

07/25/2024
US POSTAGE $000.69⁰
US OFFICIAL MAIL
$ 300 Penalty
For Private Use
ZIP 20543
041M11120601

FIRST-CLASS MAIL

CLEARED SECURITY

JUL 3 0 2024

U.S. MARSHALS SERVICE
Atlanta, GA