# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 10, 2024

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

    Re:  John Abdelsayed, et al.
           v. Affordable Aerial Photography, Inc.
           No. 24-267
           (Your No. 23-11662)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 4, 2024 and placed on the docket September 10, 2024 as No. 24-267.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst